IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Smith, Lashaunda D

Printed: 5/6/08

Case Number: 05 B 10677
Judge: Wedoff, Eugene R
Filed: 3/23/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: March 20, 2008
Confirmed: June 2, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 6,840.00 |  |
| Secured: |  | 3,808.81 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 331.19 |
| Other Funds: |  | 0.00 |
| Totals: | 6,840.00 | 6,840.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 2,700.00 | 2,700.00 |
| 2. | Numark Credit Union | Secured | 7,330.88 | 3,808.81 |
| 3. | Accounts Receiveable Service | Unsecured | 119.12 | 0.00 |
| 4. | State Farm Insurance Co | Unsecured | 295.03 | 0.00 |
| 5. | Numark Credit Union | Unsecured | 457.95 | 0.00 |
| 6. | Comcast | Unsecured |  | No Claim Filed |
| 7. | Mid America Bank | Unsecured |  | No Claim Filed |
| 8. | First Premier | Unsecured |  | No Claim Filed |
| 9. | First Savings Credit Card | Unsecured |  | No Claim Filed |
| 10. | Hollywood Video | Unsecured |  | No Claim Filed |
| 11. | Sprint PCS | Unsecured |  | No Claim Filed |
| 12. | Providian Bank | Unsecured |  | No Claim Filed |
| 13. | LaSalle National Bank | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 10,902.98 | $ 6,508.81 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 36.00 |
| 5.5% | 118.80 |
| 5% | 35.99 |
| 4.8% | 69.12 |
| 5.4% | 71.28 |
|  | _____ |
|  | $ 331.19 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Smith, Lashaunda D

Printed:  5/6/08

Case Number:  05 B 10677
Judge:  Wedoff, Eugene R
Filed:  3/23/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

